

Signed and Filed: June 21, 2010

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**
_____

Prober & Raphael,
A Law Corporation
Dean Prober, Esquire, #106207
Lee S. Raphael, Esquire, #180030
Cassandra J. Richey, Esquire #155721
David F. Makkabi, Esquire #249825
P.O. Box 4365
Woodland Hills, CA 91365-4365
(818) 227-0100
Attorneys for Secured Creditor
U.S. Bank N.A. successor in interest to
the FDIC as receiver for Downey
Savings and Loan Association, FA
F.040-1602

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br>RAUL MENDOZA AND MARIA MENDOZA,<br><br>　　　　　Debtors.<br>_____ | ) Bk. No. 10-31189<br>)<br>) CHAPTER 13<br>)<br>) R.S. No. DRP – 765<br>)<br>) ORDER FOR RELIEF FROM<br>) <u>AUTOMATIC STAY</u><br>)<br>) Hearing-<br>) Date :　June 17, 2010<br>) Time :　9:30 a.m.<br>) Place : U.S. Bankruptcy Court<br>)　　　　235 Pine Street<br>)　　　　San Francisco, California<br>)　　　　Courtroom 22 |

　　　　The Motion for Relief from Automatic Stay of U.S. Bank N.A. successor in interest to the FDIC as receiver for Downey Savings and Loan Association, FA, its assignees and/or successors in interest, came on for hearing on June 17, 2010 at 9:30 a.m., before the Honorable Dennis Montali. Appearances are as set forth in the Court's docket.

　　　　The Court after reviewing the pleadings and records, and after determining that GOOD CAUSE exists, makes the following Order:

-1-

1  IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled Bankruptcy proceeding is hereby vacated and extinguished for all purposes as to U.S. Bank N.A. successor in interest to the FDIC as receiver for Downey Savings and Loan Association, FA, its assignees and/or successors in interest ("Secured Creditor" herein), and Secured Creditor, its assignees and/or successors in interest may proceed with foreclosure of the subject Property generally described as **1520 Monroe Avenue, San Mateo, California** pursuant to applicable statutory law, and thereafter commence any action necessary to obtain complete possession thereof.

IT IS FURTHER ORDERED that the 14-day stay provided by Bankruptcy Rule 4001(a)(3) is waived.

** END OF ORDER**

| | |
|---|---|
| 1 | COURT SERVICE LIST |
| 2 | U.S. MAIL SERVICE: |
| 3 | Raul Mendoza |
| 4 | Maria Mendoza<br>1520 Monroe Ave. |
| 5 | San Mateo, CA 94401<br>Debtors |
| 6 | |
| 7 | Prober & Raphael, A Law Corporation<br>20750 Ventura Boulevard, Suite 100 |
| 8 | Woodland Hills, California 91364 |
| 9 | ELECTRONIC MAIL SERVICE: |
| 10 | **David Burchard** TESTECF@burchardtrustee.com, dburchard13@ecf.epiqsystems.com |
| 11 | **Caelo T. Marroquin** bkcourt411@gmail.com, ctmarroquin@caelolaw.com<br>**Office of the U.S. Trustee / SF** USTPRegion17.SF.ECF@usdoj.gov, ltroxas@hotmail.com |
| 12 | **Dean Prober** cmartin@pprlaw.net |

-3-